1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
9
10   JESSICA STEWART,
                                              CASE NO. 2:16-cv-01260 JRC
11                   Plaintiff,
                                              ORDER ON STIPULATED
12        v.                                  MOTION FOR EQUAL ACCESS
                                              TO JUSTICE ACT FEES
13   NANCY A. BERRYHILL, Acting
     Commissioner of the Social Security
14   Administration,

15                   Defendant.

16

17        This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local

18   Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge

     and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6).
19
     This matter is before the Court on plaintiff's Stipulated Motion for Attorney Fees Pursuant to 28
20
     U.S.C. § 2412(d) (*see* Dkt. 16).
21
          Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of
22
     the parties (*see* Dkt.  16), and the relevant record, it is hereby ORDERED that EAJA attorney's
23

24

fees of $4,682.12 shall be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).

The Acting Commissioner shall contact the Department of Treasury after the Order for EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is determined that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Dkt. 16, p.1). If there is an offset, the remainder shall be made payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees shall be mailed to plaintiff's counsel, Christopher H. Dellert, Esq., at Dellert Baird Law Offices, PLLC, P.O. Box 97301, Lakewood, WA 98497.

Dated this 5th day of June, 2017.

J. Richard Creatura
United States Magistrate Judge